DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENIS PORTILLO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3354

[June 6, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case No. 18-013522CF10A.

Carey Haughwout, Public Defender, West Palm Beach, and Gregory J. Morse, Special Assistant Public Defender of King | Morse, PLLC, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***